Louis James
Reg. No. 14248-026
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

Appearing pro se



IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

LOUIS JAMES,                )
                            )
    Petitioner,              )
                            )
vs.                         )   No. 07-2247
                            )   Criminal No. 04 CR 20025
UNITED STATES OF AMERICA,   )
                            )
    Respondent.              )
                            )

**PETITIONER'S MOTION TO VACATE SENTENCE
PURSUANT TO 28 U.S.C. §2255**

NOW COMES Louis James ("James") appearing pro se and respectfully asks this Honorable Court to vacate the sentence and conviction rendered in the above criminal proceeding, as authorized by the provisions of 28 U.S.C. §2255. James hereby sets forth the following reasons for his request and states as follows in support of his collateral claims:

1. Appellate counsel rendered ineffective assistance of counsel during the appellate proceedings as a result of counsel's failure to either timely advise James of the Seventh Circuit's denial of his

appeal or prepare and submit a petition for writ of certiorari to the United States Supreme Court. But for counsel's failure to timely confer with his client regarding his wishes to pursue a writ of certiorari, James would have proceeded to the Supreme Court.

2. Trial counsel rendered ineffective assistance of counsel in violation of the Sixth Amendment when she neglected to interview two specific witnesses who would have offered favorable testimony which would have supported the defense counsel pursued at trial. These two witnesses, Tiara Woods and Evita Boey, would have offered crucial evidence which supported James' claims that the drugs found in the homes searched by law enforcement were not his. Additionally, both Woods and Boey would have testified that law enforcement used deception to gain entry to the Johnson street residence for purposes of a search; thereby invalidating the validity of the residence.

3. Trial counsel was ineffective for neglecting to seek dismissal of the indictment in this case based upon the outrageous conduct of the law enforcement officials conducting the search at the Johnson street residence. Such conduct violated James' Fourth Amendment rights to be free from illegal search and siezure as well as the Fifth Amendment's gurantee to the due process of law.

4. Trial counsel renedered ineffective assistance for failing to argue that James' federal prosecution violated the principles of equal protection and constituted selective prosecution where both his codefendants were prosecuted by the State of Illinois.

5. Trial counsel was ineffective for failing to conduct adequate consultations with her client in preparation of trial and for neglecting to present a complete defense to the charges leveled against James.

6. Trial counsel was ineffective for failing to specifically challenge the factual basis for the search of the William Street residence. Would counsel have successfully challenged the search of the William Street residence all evidence collected subsequent to that search would have been suppressed.

## CONCLUSION

WHEREFORE, James prays that this Court consider the arguments set forth herein in conjunction with the points and authorities listed in his accompanying memorandum and vacate the conviction he now serves.

## REQUEST FOR AN EVIDENTIARY HEARING

James submits that the claims set forth herein warrant an evidentiary hearing before the court is able to resolve the allegations in his motion to vacate.

Dated: December 19, 2007

Respectfully,

Louis James
14248-026
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

Appearing pro se

*Louis James*

3