UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LOUIS JAMES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 07-2247 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**GOVERNMENT'S MOTION FOR ADDITIONAL
TIME TO FILE RESPONSE**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion for additional time to file the government's response to petitioner's motion under 28 U.S.C. § 2255. The government respectfully states the following:

1.     The petitioner filed a motion under 28 U.S.C. § 2255 on December 26, 2007, and a supporting memorandum on January 3, 2008, claiming ineffective assistance of counsel.

2.     The government has been ordered to file its response by January 25, 2008.

3.     This is the government's first request for additional time in which to file its response.

4.     The attorney for the government has been involved in the preparation of a response in United States v. Ursitti, No. 07-20071, which is due January 24, 2008.

5. The attorney for the government has been preparing for the trial of <u>United States v. Orr</u>, No. 06-20074, which is scheduled to commence before this Court on January 28, 2008.

6. The government has been diligently attempting to complete its response. However, due to the involvement of the attorney for the government in the above-mentioned matters, the government's response has not been completed. Accordingly, the government requests an additional two weeks, or until February 7, 2008, to file its response.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY: s/Timothy A. Bass
TIMOTHY A. BASS, Bar No. MO 45344
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of January 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following this date:

Louis James  
Reg. No. 14248-026  
FCI Pekin  
Inmate Mail/Parcels  
P.O. Box 5000  
Pekin, IL 61555

                                    s/Timothy A. Bass  
                                    TIMOTHY A. BASS, Bar No. MO 45344  
                                    Assistant United States Attorney  
                                    201 S. Vine Street, Suite 226  
                                    Urbana, Illinois 61802  
                                    Phone:  217/373-5875  
                                    Fax: 217/373-5891  
                                    tim.bass@usdoj.gov