UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LOUIS JAMES, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. 07-2247 |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

**GOVERNMENT'S SECOND MOTION FOR ADDITIONAL
<u>TIME TO FILE RESPONSE</u>**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion for additional time to file the government's response to petitioner's motion under 28 U.S.C. § 2255. The government respectfully states the following:

1.     The petitioner filed a motion under 28 U.S.C. § 2255 on December 26, 2007, and a supporting memorandum on January 3, 2008, claiming ineffective assistance of counsel.

2.     The government filed a motion for additional time to file response on January 25, 2008.  This Court granted the motion and ordered the government to file it's response by February 8, 2008.

3.     This is the government's second request for additional time in which to file its response.

4. The attorney for the government was involved in the trial of <u>United States v. Orr</u>, No. 06-20074, which began on January 28, 2008, and concluded on January 31, 2008.

5. The attorney for the government has also been prepared in completing the government's brief in *Scott v. United States*, 07-2130, which is due to the Court of Appeals on February 13, 2008.

6. Finally, the attorney for the government has been preparing for the trial of *United States v. Faulds*, No. 07-20004, which is scheduled to commence before this Court on February 25, 2008.

7. The government has been diligently attempting to complete its response. However, due to the involvement of the attorney for the government in the above-mentioned matters, the government's response has not been completed. Accordingly, the government requests until March 3, 2008, to file its response.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

    Respectfully submitted,

    RODGER A. HEATON
    UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass
    TIMOTHY A. BASS, Bar No. MO 45344
    Assistant United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    Phone: 217/373-5875; Fax: 217/373-5891
    tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of February 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following this date:

Louis James
Reg. No. 14248-026
FCI Pekin
Inmate Mail/Parcels
P.O. Box 5000
Pekin, IL 61555

                                                  s/Timothy A. Bass
                                                  TIMOTHY A. BASS, Bar No. MO 45344
                                                  Assistant United States Attorney
                                                  201 S. Vine Street, Suite 226
                                                  Urbana, Illinois 61802
                                                  Phone:  217/373-5875
                                                  Fax: 217/373-5891
                                                  tim.bass@usdoj.gov