UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LOUIS JAMES, | ) |
|       Petitioner, | ) |
| vs. | ) Case No. 07-2247 |
| UNITED STATES OF AMERICA, | ) |
|       Respondent. | ) |

**GOVERNMENT'S THIRD MOTION FOR
ADDITIONAL TIME TO FILE RESPONSE**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion for additional time to file the government's response to petitioner's motion under 28 U.S.C. § 2255. The government respectfully states the following:

1. The petitioner filed a motion under 28 U.S.C. § 2255 on December 26, 2007, and a supporting memorandum on January 3, 2008, claiming ineffective assistance of counsel.

2. The government its second motion for additional time on February 13, 2008. This Court granted the motion and ordered the government to file it's response by March 3, 2008.

3. This is the government's third request for additional time in which to file its response.

4.	The attorney for the government completed the government's brief in *Scott v. United States*, 07-2130, which was due to the Court of Appeals on February 13, 2008.

5.	The attorney for the government was involved in the trial of *United States v. Faulds*, No. 07-20004, which was held the week of February 25, 2008.

6.	Finally, the attorney for the government has been preparing matters for presentation before the Grand Jury on March 4, 2008.

7.	The government has been diligently attempting to complete its response. However, due to the involvement of the attorney for the government in the above-mentioned matters, the government's response has not been completed. Accordingly, the government requests until March 14, 2008, to file its response.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

BY:	s/Timothy A. Bass
    TIMOTHY A. BASS, Bar No. MO 45344
    Assistant United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    Phone: 217/373-5875; Fax: 217/373-5891
    tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of March 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following this date:

Louis James
Reg. No. 14248-026
FCI Pekin
Inmate Mail/Parcels
P.O. Box 5000
Pekin, IL 61555

                                                s/Timothy A. Bass
                                                TIMOTHY A. BASS, Bar No. MO 45344
                                                Assistant United States Attorney
                                                201 S. Vine Street, Suite 226
                                                Urbana, Illinois 61802
                                                Phone:  217/373-5875
                                                Fax: 217/373-5891
                                                tim.bass@usdoj.gov