Louis James
Reg. No. 14248-026
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

Appearing pro se

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

LOUIS JAMES,

    Petitioner,

vs.                                  No. 07-2247

UNITED STATES OF AMERICA,

    Respondent.

FILED
APR 22 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PETITIONER'S REQUEST FOR EXTENSION OF TIME

Petitioner Louis James ("James"), appearing pro se, hereby requests additional time to file a traverse in the matter of his Motion to Vacate Pursuant to 28 U.S.C. §2255. In support, James states as follows:

1. Petitioner is presently the pro se petitioner in the matter of his Motion to Vacate Sentence under 28 U.S.C. §2255. Petitioner is without any formal training in the law.

2. Upon receiving the government's response in this matter, James became aware of the need for additional time to prepare and research the issues which will be briefed in his traverse.

3.  As such, James requests that he be given an additional fourteen (14) days to prepare and submit a traverse in this case.

4.  This request is made in good faith and not for the purpose of unecessarily delaying these proceedings.

Dated: April 11, 2008

Respectfully submitted,

Louis James
Reg. No. 14248-026
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

Appearing pro se

## CERTIFICATE

I hereby certify that I have placed a true and correct copy of the foregoing in the U.S. Mail firstclass postage prepaid and properly addressed to the following on this 11th day of April, 2008:

U.S. Attorney
Central District of Illinois