Louis James,
    Petitioner,
vs.
United States of America,
    Respondent.

TO: United States Court Central
District of Illinois
URBANA Division

CASE No. 07-2247

FILED
MAY 13 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Petitioner's Second Motion For Additional Time To File Response Requesting Time Extention

Petitioner Louis James ("James"), appearing prose hereby Request Additional time to File A traverse in the matter of his Motion to Vacate Pursuant to 28 U.S.C §2255 (1) Petitioner is without any formal training in law. 2. The institution in which Petitioner is located is on lockdown, James is unable to obtain any law materials in such a situation. 3. Also he has found that in order to obtain information needed in order to present his traverse he needs to have other people to help him Prephring in this case. Additional thirty days (30) to make a rebuttal for the case 4. This request is made in good faith and not for the purpose of unnecessarily delaying these proceedings.

Dated MAY 10, 2008

Respect fully submitted,
Louis James
Reg. No. 14248-026
P.O. Box 5000
Pekin, IL 61555-5000
Appearing Pro Se

Saturday 10, 2008

I hereby certify that I have placed a true and correct copy of the foregoing in the U.S. Mail First Class Postage Pre Paid and properly addressed to the following on this 10th day of May 2008: U.S. Attorney Central District of Illinois