Louis James
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

Appearing pro se

FILED
JUN 17 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

LOUIS JAMES,           )
                       )
        Petitioner,    )
                       )
    vs.                )       No. 07-2247
                       )
                       )
UNITED STATES OF AMERICA, )
                       )
        Respondent.    )

PETITIONER'S REQUEST FOR EXTENSION

Petitioner Louis James hereby asks this Honorable Court for an extension of time in the matter of his Motion to Vacate pursuant to 28 U.S.C. §2255. In support, James states as follows:

1. James is currently an incarcerated federa prisoner who is proceeding in this matter without the assistance of counsel and possesses no formal legal training.

2. Due to his status as an inmate, James is forced to coordinate any legal efforts he has with friends and family members outside of prison. In this case, he is relying on the help and assistance of these individuals to obtain the necessary affidavits to support his §2255 claims.

3. James has encountered numerous difficulties in locating the affiants at issue and getting the necessary affidavits signed in time to submit to the court.

4. Due to these unforseen circumstances, James hereby requests an additional 30 days to obtain the necessary affidavits.

5. This request for additional time is made in good faith and not for the purpose of unecessarily delaying these proceedings.

Dated:  June 10, 2008

Respectfully submitted,

Louis James
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

Appearing pro se

### CERTIFICATE

I hereby certify that I have placed a true and correct copy of the following in the U.S. Mail on this 10th day of June, 2008, with firstclass postage prepaid and properly affixed to this envelope:

U.S. Attorney's Office
Central District of Illinois

Louis James

2