Louis James
Register Number 14248-026
Federal Correctional Institution
Post Office Box 5000
Pekin, Illinois 61555-5000

July 20, 2008

CLERK OF COURT
201 S. Vine Street
Urbana, IL 61802

**FILED**

JUL 2 8 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

RE: <u>Louis James v. United States</u>, No. 07-2247
**MOTION TO RECALL MANDATE**

Dear Clerk:

Recently I filed a motion to recall the mandate issued in relation to my appeal, No. 05-1411, with the United States Court of Appeals for the Seventh Circuit. Within this motion, I addressed the issue of my attorney's failure to either inform me that my appeal was denied or file a petition for writ of certiorari with the United States Supreme Court (Claim One of my §2255). After reviewing the Government's response to my §2255 and reading the Seventh Circuit's decision in <u>United States v. Price</u>, 491 F.3d 613,615 (7th Cir.2007); <u>see also Wilkins v. United States</u>, 441 U.S. 468,469 (1979), I realized that the proper means of presenting such a claim was in the Court of appeals. <u>Id.</u>

Consistent with the above cited precedent, I filed a motion to recall mandate asking for relief based on the very grounds advanced in claim one of my §2255. As such, I'm formally asking that this Court hold my §2255 in abeyance or issue a stay until the court of appeals addresses this issue. Thank you for your cooperation and attention with this matter.

CC: Timothy Bass
    Assistant United States Attorney

Respectfully submitted,

Louis James
Reg. No. 14248-026
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

Appearing pro se

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| )                                    | |
| Plaintiff-Appellee,       ) | |
| )                                    | |
| )                                    | |
| vs.                                  ) | No. 05-1411 |
| )                                    | |
| )                                    | |
| LOUIS JAMES,                         ) | |
| )                                    | |
| Defendant-Appellant,      ) | |

### APPELLANT'S MOTION TO RECALL MANDATE

Appellant Louis James ("James") appearing pro se, hereby asks this Honorable Court to recall the mandate issued in this case, as authorized by the provisions of FRAP 41. In support, James states as follows:

1. On September 22, 2006, this Court issued an order affirming James's conviction and sentence. Although James was represented by counsel for purposes of appeal, counsel neglected to either: (1) inform James that the appellate court had affirmed his conviction, or (2) provide James with a copy of the this Court's opinion. The clerk did not provide James with a copy of the decision either.

2. James also made numerous attempts to contact his attorney regarding the status of his appeal, although his attorney refused to respond to his inquiries. <u>See</u> Memorandum of Points and Authorities in Support of §2255 Generally, Case No. 07-2247 (C.D.Ill). In fact, James did not find out that his appeal had been denied until he was contacted by a paralegal organization some time later. James, confused about the status of his case, attempted to verify this with his attorney but was unable to reach him. <u>Id.</u>

3. To address this particular issue regarding his attorney's failure to either inform him of the Court's denial of his appeal or file a petition for writ of certiorari, James raised a claim of ineffective assistance of counsel in a §2255 motion. <u>Id.</u> However, after receiving a copy of the Government's response to his §2255, James became aware for the first time that the proper way to present this claim was in a motion to recall mandate. <u>See</u> Government Response ("Although he [certainly has] a statutory right based on the Criminal Justice Act, 18 U.S.C. §3006A, his remedy is to seek relief with the court of appeals, not in a motion under 28 U.S.C. §2255") (citing <u>United States v. Price</u>, 491 F.3d 613, 615 (7th Cir.2007)).

4. For this reason, James asks this Court to recall the mandate in regard to his appeal on the basis that he was provided no notice of the denial of his appeal and counsel did not file a petition for writ of certiorari. Even if counsel would have sought to withdraw from James's case, James would have been able to file a pro se petition with the Supreme Court and would have done so.

5. As such, James additionally asks this Court to request that the United States District Court for the Central District of Illinois hold James's §2255 in abeyance until such time as this Court rules on the instant Motion to Recall Mandate.

Dated: July 20, 2008

Respectfully submitted,

Louis James
Reg. No. 14248-026
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

Appearing pro se

## DECLARATION

I hereby affirm under penalty of perjury and pursuant to 28 U.S.C. §1746 that the foregoing is true and correct based upon my knowledge and belief.

Louis James

## CERTIFICATE

I hereby certify that I have placed a true and correct copy of the foregoing in the U.S. Mail first class postage prepaid and properly addressed to the following on this 20th day of July, 2008:

Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802

Louis James